UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAVEZ,<br><br>    Defendant. | No. 1:15-cv-00836-DAD-MJS (PC)<br><br>ORDER REISSUING THE MAGISTRATE JUDGE'S MARCH 7, 2016 FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 29) |

Plaintiff Michael Maldonado filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 2, 2015. (Doc. No. 1.) He is proceeding *pro se* and *in forma pauperis*. (Doc. No. 5.) On August 17, 2015, he filed his currently operative second amended complaint. (Doc. No. 11.) On March 7, 2016, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss the second amended complaint be granted. (Doc. No. 29.) The findings and recommendations contained notice that any written objections were due within fourteen days after service. (*Id*. at 6.) No objections were filed.

However, on March 28, 2016, the court received notice of a change of address from plaintiff indicating that he had been transferred to Salinas Valley State Prison. (Doc. No. 30.) Accordingly, in order to ensure that plaintiff received proper notice, the court will direct the Clerk of the Court to re-serve the March 7, 2016 findings and recommendations on plaintiff at his new address of record and provide plaintiff with fourteen days from that re-service to file his written

1

1  objections, if any, to the March 7, 2016 findings and recommendations.

2      For the reasons set forth above:

3  1)    The Clerk of the Court is directed to reserve the March 7, 2016 findings and

4      recommendations (Doc. No. 29) on plaintiff at his new address of record at:

5          Salinas Valley State Prison
        P.O. Box 1020
6          Soledad, CA 93960

7  2)    Plaintiff will be granted fourteen days from the date of re-service of the findings and

8      recommendations to file his written objections to those findings and recommendations,

9      if any.

10  IT IS SO ORDERED.

11  Dated:   **April 4, 2016**                      /s/ Dale A. Drozd
12                                            UNITED STATES DISTRICT JUDGE