UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MALDONADO,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRA ALFARO, et al.,<br><br>    Defendants. | CASE No. 1:15-cv-00836-DAD-MJS (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>**(ECF No. 38)**<br><br>**Dispositive Motion Deadline:** March 15, 2017 |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's second amended complaint against Defendant Padilla for excessive force in violation of the Eighth Amendment. The allegations arise out of a May 15, 2014 incident in which Padilla allegedly attacked Plaintiff without provocation.

    The dispositive motion deadline in this matter expired on October 17, 2016. (ECF No. 19.) Prior to the expiration of that deadline, Defendant filed the instant motion to modify the discovery and scheduling order. (ECF No. 38.) Defendant seeks an extension

of the dispositive motion deadline in light of ongoing discovery disputes that may reveal potentially dispositive evidence. Plaintiff filed no opposition.

      Defendant has presented good cause for an extension of the dispositive motion deadline. Accordingly, the motion is HEREBY GRANTED, and the deadline for filing dispositive motions is extended to and including March 15, 2017.

IT IS SO ORDERED.

Dated:  December 14, 2016        /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE