UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA ALFARO, et al.,<br><br>　　　　Defendants. | CASE No. 1:15-cv-00836-DAD-MJS (PC)<br><br>**ORDER DENYING MOTIONS FOR SANCTIONS**<br><br>**(ECF Nos. 39, 40)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's second amended complaint against Defendant Padilla for excessive force in violation of the Eighth Amendment.

Before the Court are Plaintiff's simultaneously filed motions for sanctions. (ECF Nos. 39 and 40.) Defendant filed an opposition. (ECF No. 41.) Plaintiff filed no reply. The matter is submitted.

Plaintiff apparently seeks sanctions against Defendant for Defendant's unwillingness to engage in settlement negotiations prior to the close of discovery and for failing to respond to Plaintiff's settlement offer. He also expresses dissatisfaction that the Court failed to "notice" the proposed settlement agreements he filed with the Court in May 2016. (ECF Nos. 33, 34.)

Defendant has no obligation to engage in settlement negotiations with Plaintiff unless ordered to appear at a settlement conference by the Court. Plaintiff has not filed a request for such a conference and, in any event, in light of Defendant's unwillingness to negotiate at this stage of the proceedings, a settlement conference is unlikely to be of any benefit.

Plaintiff's proposed settlement agreements have no legal effect and do not warrant or require a response or "notice" from the Court or Defendant. It may be in Plaintiff's interest not to share them with judges to whom the case is assigned.

As Plaintiff presents no basis for sanctions, his motion for sanctions is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   December 14, 2016        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE