UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>PADILLA,<br><br>    Defendant. | No. 1:15-cv-00836-DAD-MJS<br><br><u>ORDER DISMISSING ACTION FOR</u><br><u>FAILURE TO PROVIDE A CURRENT</u><br><u>ADDRESS</u> |

Plaintiff Michael Maldonado proceeds *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The case proceeds on plaintiff's second amended complaint against defendant Padilla for excessive use of force against plaintiff in violation of the Eighth Amendment. (*See* Doc. No. 11.)

On June 23, 2017, the court issued an order regarding defendant's motion for an extension of time in which to file a reply in support of his motion for summary judgment. (Doc. No. 64.) A service copy of the order was sent to plaintiff by mail but returned to the court by the U.S. Postal Service as undeliverable with a note that plaintiff had been discharged from CDCR custody. To date, plaintiff has failed to file a notice of change of address with the court.

Local Rule 183(b) requires a party proceeding *pro se* to keep the court apprised of his current address: "If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal service, and if such plaintiff fails to notify the Court and opposing parties within

1

sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Here, more than sixty-three days have passed without plaintiff providing the court with his current address.

Accordingly, the action shall be dismissed without prejudice due to plaintiff's failure to keep the court apprised of his current address. The Clerk of Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: **October 3, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE